## Commonwealth *v.* Balough, Appellant.

Submitted April 14, 1975. *John H. Corbett,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Robert L. Campbell* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

## Commonwealth *v.* Baranowske, Appellant.

Submitted June 16, 1975. *Edward F. Browne, Jr.,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant; *James R. Leonard, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.